1
2
3
4
5
6
7

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| TUFAN SINGH, | Case No. 5:26-cv-00533-WLH-AJR |
| --- | --- |
| Petitioner, | |
| v. | **ORDER ACCEPTING FINDINGS, CONCLUSIONS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE** |
| MARK BOWEN, ET AL., | |
| Respondents. | |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2241, all the records and files herein, and the Report and Recommendation of the United States Magistrate Judge. The time for filing objections to the Report and Recommendation has passed and no objections have been received. Accordingly, the Court accepts and adopts the findings, conclusions, and recommendations of the Magistrate Judge.

IT IS ORDERED that: (1) the Petition is GRANTED; (2) Respondents shall immediately release Petitioner from custody unless Respondents have provided Petitioner with a bond hearing under 8 U.S.C. § 1226(a); and (3) Respondents shall file a notice of compliance advising how they complied with this Order within one day.

IT IS FURTHER ORDERED that the Clerk serve copies of this Order and the Judgment herein on Petitioner at the current address of record, as well as all Respondents who have appeared in the action.

LET JUDGMENT BE ENTERED ACCORDINGLY.

DATED: March 12, 2026

HON. WESLEY L. HSU
UNITED STATES DISTRICT JUDGE