JS-6

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

TUFAN SINGH,

        Petitioner,

   v.

MARK BOWEN, ET AL.,

        Respondents.

Case No. 5:26-cv-00533-WLH-AJR

**JUDGMENT**

Pursuant to the Court's Order Accepting Findings, Conclusions, and Recommendations of United States Magistrate Judge,

IT IS HEREBY ADJUDGED that the Petition is GRANTED.

DATED: March 12, 2026

_____
HON. WESLEY L. HSU
UNITED STATES DISTRICT JUDGE